**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7478**

_____

TERRY ROSEBORO,

             Plaintiff - Appellant,

        v.

CHARLES FELTS, Warden of FCI-Beckley; DR. D. MCLAIN,
Clinical Director; J. ROWE, APRN, Nurse Practitioner; UNITED
STATES OF AMERICA, Serve:  Mr. Peter D. Keisler, United
States Attorney General, U.S. Department of Justice, Tenth
Street and Constitution Ave. N.W.,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.   Irene C. Berger,
District Judge. (5:08-cv-01433)

_____

Submitted: January 22, 2013          Decided: January 24, 2013

_____

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Terry Lee Roseboro, Appellant Pro Se.   Lara Dee Pyne Crane,
BUREAU OF PRISONS, Beaver, West Virginia; Stephen Michael Horn,
Assistant United States Attorney, Charleston, West Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Roseboro appeals the district court's order denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Roseboro v. Felts, No. 5:08-cv-01433 (S.D.W. Va. Aug. 22, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED